

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-20-00172-CR

Bruce C. **JONES,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-5212
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Appellant filed a notice of appeal from an agreed judgment of incompetency finding him incompetent to stand trial pursuant to article 46B.005 of the Texas Code of Criminal Procedure and committing him to a state hospital for 120 days. The agreed judgment is not appealable. *See* TEX. CODE CRIM. PROC. art. 46B.011 ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005."); *Queen v. State,* 212 S.W.3d 619, 622–23 (Tex. App.—Austin 2006, no pet.).

Appellant is therefore ORDERED to show cause within fifteen (15) days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to file a sufficient response, this appeal will be dismissed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court